IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA TANNER                                                                                    PLAINTIFF

VS.                              CASE NO. 3:07CV00107 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 24th day of September, 2008.


*Henry L. Jones, Jr.*
UNITED STATES DISTRICT JUDGE